David M. Stein (SBN 198256)
**OLSON STEIN LLP**
dstein@olsonstein.com
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorney for Defendant*
*Amgen Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

REGENERON PHARMACEUTICALS, INC.,

              Plaintiff,

      v.

AMGEN INC.,

              Defendant.

Case No. 2:25-CV-05499-JWH-E

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint Served: June 25, 2025
Current Response Date: July 16, 2025
New Response Date: August 15, 2025

Pursuant to L.R. 8-3, Plaintiff Regeneron Pharmaceuticals, Inc. and Defendant Amgen Inc. respectfully submit this joint stipulation to extend the time for Amgen to respond to the initial complaint by not more than 30 days.

Whereas, Plaintiff served the initial complaint on June 25, 2025; and

Whereas, the current date for Defendant to respond to the initial complaint is July 16, 2025; and

Whereas, the parties agree to extend the response date by not more than 30 days – to August 15, 2025.

Wherefore, pursuant to L.R. 8-3, the new deadline for Defendant to respond to the initial complaint is August 15, 2025.

Dated: July 3, 2025

Respectfully submitted,

By: _____/s/ David M. Stein_____

David M. Stein (SBN 198256)
**OLSON STEIN LLP**
dstein@olsonstein.com
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorney for Defendant Amgen Inc.*

By: _____/s/ Matthew Donald Umhofer_____

Matthew Donald Umhofer (SBN 206607)
Margaret E. Dayton (SBN 274353)
**UMHOFER, MITCHELL & KING LLP**
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
peggy@umklaw.com

Of Counsel:
**WILLIAMS & CONNOLLY LLP**
David I. Berl (SBN 211761)
Ellen E. Oberwetter (admitted pro hac vice)
Thomas S. Fletcher (SBN 262693)
Andrew V. Trask (admitted pro hac vice)
Teagan J. Gregory (admitted pro hac vice)
Shaun P. Mahaffy (SBN 296001)
Kathryn S. Kayali (admitted pro hac vice)
Arthur J. Argall III (pro hac vice application pending)
Adam Pan (SBN 330253)
Rhochelle Krawetz (admitted pro hac vice)
Jennalee Beazley (admitted pro hac vice)
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
eoberwetter@wc.com
tfletcher@wc.com

atrask@wc.com
tgregory@wc.com
smahaffy@wc.com
kkayali@wc.com
aargall@wc.com
apan@wc.com
rkrawetz@wc.com
jbeazley@wc.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Elizabeth Stotland Weiswasser (admitted pro hac vice)
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
eweiswasser@paulweiss.com

Christopher M. Pepe (admitted pro hac vice)
Priyata Y. Patel (admitted pro hac vice)
2001 K Street, NW
Washington, DC 20006
(202) 223-7300
cpepe@paulweiss.com
ppatel@paulweiss.com

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Andrew E. Goldsmith (admitted pro hac vice)
Jacob E. Hartman (admitted pro hac vice)
Grace W. Knofczynski (admitted pro hac vice)
Mary Charlotte Y. Carroll (admitted pro hac vice)
Sven E. Henningson (admitted pro hac vice)
Alyssa J. Picard (admitted pro hac vice)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
agoldsmith@kellogghansen.com
jhartman@kellogghansen.com
gknofczynski@kellogghansen.com
mcarroll@kellogghansen.com
shenningson@kellogghansen.com
apicard@kellogghansen.com

*Attorneys for Plaintiff Regeneron Pharmaceuticals, Inc.*

1

## **<u>L.R. 5-4.3.4 ATTESTATION</u>**

2    The undersigned attests that all other signatories listed, and on whose behalf

3   this filing is submitted, concur in this filing's content and have authorized this filing.

4

5   Dated: July 3, 2025

6                                        By: _____/s/ David Stein

7                                        _____

8                                        David M. Stein (SBN 198256)
                                         **OLSON STEIN LLP**

9                                        dstein@olsonstein.com
                                         240 Nice Lane #301

10                                        Newport Beach, CA 92663
                                         Phone: 949.887.4600

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28